ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Asahi General Trading & Cont. Co. W.L.L. | ) | ASBCA No. 62445 |
| | ) | |
| Under Contract No. 49065890 *et al.* | ) | |

APPEARANCE FOR THE APPELLANT:    COL (Ret.) Fred T. Pribble, Esq.
   Counsel

APPEARANCES FOR THE GOVERNMENT:   Daniel K. Poling, Esq.
   DLA Chief Trial Attorney
  Robin E. Walters, Esq.
  Michael J. Kerrigan, Esq.
   Trial Attorneys
   DLA Disposition Services
   Battle Creek, MI

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 9, 2022

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62445, Appeal of Asahi General Trading & Cont. Co. W.L.L., rendered in conformance with the Board's Charter.

Dated: June 10, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals